NOT FOR PUBLICATION

**FILED**

UNITED STATES COURT OF APPEALS

FEB 24 2015

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff - Appellee,<br><br>    v.<br><br>VINICIO ANTONIO JIMENEZ-DIAZ,<br>a.k.a. Vinicio Jimenez,<br><br>        Defendant - Appellant. | No. 14-10153<br><br>D.C. No. 4:13-cr-50159-CKJ<br><br><br>MEMORANDUM[*] |

Appeal from the United States District Court
for the District of Arizona
Marvin E. Aspen, District Judge, Presiding[**]

Submitted February 17, 2015[***]

Before:    O'SCANNLAIN, LEAVY, and FERNANDEZ, Circuit Judges.

Vinicio Antonio Jimenez-Diaz appeals from the district court's judgment and

challenges the six-month sentence imposed upon revocation of supervised release.

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The Honorable Marvin E. Aspen, Senior United States District Judge for the Northern District of Illinois, sitting by designation.

[***]    The panel unanimously concludes this case is suitable for decision without oral argument.   See Fed. R. App. P. 34(a)(2).

We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Jimenez-Diaz contends that the district court procedurally erred by failing to give adequate consideration to his request that the sentence imposed upon revocation of supervised release run concurrently to the sentence imposed for Jimenez-Diaz's new criminal conviction. We review for plain error, *see United States v. Miqbel*, 444 F.3d 1173, 1176 (9th Cir. 2006), and find none. The record reflects that the court considered Jimenez-Diaz's argument and sufficiently explained the sentence. *See United States v. Carty*, 520 F.3d 984, 992 (9th Cir. 2008) (en banc).

**AFFIRMED.**